UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 MAR -2 PM 3: 06

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 2251(a) |
| | ) Production of Child Pornography |
| JASON MICHAEL MUSGROVE | ) |

CR120-012

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Production of Child Pornography*
18 U.S.C. § 2251(a)

In or about December 2018, in Columbia County, within the Southern District of Georgia, the defendant,

### JASON MICHAEL MUSGROVE

did knowingly employ and use minor MV1, a minor whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was produced using materials that were mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer; to wit: an image or video with file name ******** Toilet.mp4 depicting MV1 engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of Count One of this Information charging a violation of Title 18, United States Code, Section 2251(a) the defendant, **JASON MICHAEL MUSGROVE**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

**Signatures for Attorneys for the Government**

_____
Bobby L. Christine
United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Tara M. Lyons
Assistant United States Attorney
*Lead Counsel