IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JASON MICHAEL MUSGROVE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 122-008 |
| | ) | (Formerly CR 120-012) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed.  (Doc. no. 15.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as

its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 8), and **DISMISSES**

Petitioner's motion, filed pursuant to 28 U.S.C. § 2255.

Further, a federal prisoner must obtain a certificate of appealability ("COA") before

appealing the denial of his motion to vacate.  This Court "must issue or deny a certificate of

appealability when it enters a final order adverse to the applicant."  Rule 11(a) to the Rules

Governing Section 2255 Proceedings.  This Court should grant a COA only if the prisoner

makes a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

For the reasons set forth in the Report and Recommendation, and in consideration of the

standards enunciated in Slack v. McDaniel, 529 U.S. 473, 482-84 (2000), Petitioner has failed

to make the requisite showing.  Accordingly, the Court **DENIES** a COA in this case.[1]

Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not

be taken in good faith.  Accordingly, Petitioner is not entitled to appeal *in forma pauperis*.  See

28 U.S.C. § 1915(a)(3).

Upon the foregoing, the Court **CLOSES** this civil action and **DIRECTS** the Clerk to

enter final judgment in favor of Respondent.

SO ORDERED this _17th_ day of January, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] "If the court denies a certificate, a party may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22."  Rule 11(a) to the Rules Governing Section 2255 Proceedings.

2